IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHERINE COX, ) | |
| ) | |
| Plaintiff, ) | 8:04CV621 |
| ) | |
| vs. ) | ORDER |
| ) | |
| MUTUAL OF OMAHA INSURANCE CO., ) | |
| A Nebraska Corporation, ) | |
| ) | |
| Defendant. ) | |

Upon advice from Magistrate Judge Thomas D. Thalken that he has recused himself in this matter,

**IT IS ORDERED:**

1. This case is returned to the docket of Chief Judge Joseph F. Bataillon.

2. This case is re-referred to Magistrate Judge F.A. Gossett, III, for judicial supervision and processing of all pretrial matters.

DATED this 6th day of December, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge