# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KATHERINE COX,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:04CV621** |
| vs. ) | |
| ) | **SCHEDULING ORDER** |
| **MUTUAL OF OMAHA INSURANCE** ) | |
| **CO., A Nebraska Corporation,** ) | |
| ) | |
| **Defendant.** ) | |

Upon the reassignment of this case from Magistrate Judge Thalken to the undersigned,

**IT IS ORDERED:**

1. The Final Pretrial Conference will be held on **January 30, 2006, at 10:00 a.m.** in chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, before the undersigned. The final pretrial conference shall be attended by lead counsel for represented parties. Counsel shall complete prior to the pretrial conference, all items as directed in NECivR 16.2.

2. All other progression order deadlines (see Filing 9) are reaffirmed.

**DATED December 7, 2005.**

                                              **BY THE COURT:**

                                              **S/ F.A. Gossett**
                                              **United States Magistrate Judge**